**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Indiana

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Cobra Automotive, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

4 7 – 1 1 4 7 0 1 4

**4. Debtor's address**

**Principal place of business**

29079 CR 20
Number        Street

Elkhart, IN 46517-0000
City                                State      ZIP Code

Elkhart
County

**Mailing address, if different from principal place of business**

Number        Street

City                                State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                                State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Cobra Automotive, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

8  1  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  Lloyd R. Bivens     Relationship  Sole owner

District  Northern District of Indiana     When  1/24/2024
MM / DD / YYYY

Case number, if known  24-30071

Debtor    Cobra Automotive, Inc.
_____    Case number *(if known)* _____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　　Number　　Street<br>　　　_____<br>　　　_____<br>　　　City　　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ |

## ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000　　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor    Cobra Automotive, Inc.                                              Case number *(if known)*
                  Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/25/2024
                        MM/ DD/ YYYY

**X** /s/ Lloyd R. Bivens                                    Lloyd R. Bivens
Signature of authorized representative of debtor            Printed name

Title            President/Owner

**18. Signature of attorney**

**X**            /s/ Katherine E. Iskin                    Date    01/25/2024
Signature of attorney for debtor                                    MM/ DD/ YYYY

Katherine E. Iskin
Printed name

May Oberfell Lorber
Firm name

4100 Edison Lakes Pkwy #100
Number        Street

Mishawaka                                    IN        46545
City                                          State     ZIP Code

(574) 243-4100                                kiskin@maylorber.com
Contact phone                                 Email address

33679-71                                      IN
Bar number                                    State

**Fill in this information to identify the case:**

Debtor Name __**Cobra Automotive, Inc.**__

United States Bankruptcy Court for the: __**Northern**__ District of __**Indiana**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $75.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | __ __ __ __ | _____ |
| 3.2. _____ | _____ | __ __ __ __ | _____ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 __United FCU__ | $21,607.33 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | $21,682.33 |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1 __Utility deposit__ | $5,174.00 |
| 7.2 __Rental deposit__ | $17,760.00 |

Debtor      **Cobra Automotive, Inc.**                                              Case number *(if known)* _____
                    Name

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1   _____          _____

   8.2   _____          _____

9.    **Total of Part 2**                                                            | $22,934.00 |

   Add lines 7 through 8. Copy the total to line 81.

---

| **Part 3:** | Accounts receivable |
| --- | --- |

10.   **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

   | | **Current value of debtor's interest** |
   | --- | --- |

11.   **Accounts receivable**

   11a. 90 days old or less:   **$47,190.00** - **unknown** = .....➡     $47,190.00
                               face amount        doubtful or uncollectible accounts

   11b. Over 90 days old:   _____ - _____ = .....➡     _____
                            face amount        doubtful or uncollectible accounts

12.   **Total of Part 3**                                                            | $47,190.00 |

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| **Part 4:** | Investments |
| --- | --- |

13.   **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

   | | **Valuation method used for current value** | **Current value of debtor's interest** |
   | --- | --- | --- |

14.   **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1   _____          _____   _____

   14.2   _____          _____   _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                              % of ownership:

   15.1.   _____   _____   _____   _____

   15.2.   _____   _____   _____   _____

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

---

**Schedule A/B: Assets — Real and Personal Property**

| Debtor | **Cobra Automotive, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

|  |  |  |  |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

**17.** **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.
_____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| Paint and other materials | 12/28/2023 <br> MM / DD / YYYY | $0.00 | Replacement | $63,247.23 |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| Shirts, cleaning supplies, coffee | MM / DD / YYYY | $0.00 | | $671.50 |

**23.** **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.
$63,918.73

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor  **Cobra Automotive, Inc.**                                  Case number *(if known)* _____
     Name

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.
                                                       [_____]

34. **Is the debtor a member of an agricultural cooperative?**

   ☑ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☑ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **Cobra Automotive, Inc.**                                Case number *(if known)* _____
          Name

| General furniture including table and chairs, desk | $0.00 | | $1,500.00 |
| Fridge, ice maker, coffee pot | unknown | | $500.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| 1 desktop computer, 2 laptops, 1 ipad, 1 printer, 1 desk phone | $0.00 | | $2,310.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.                                        | **$4,310.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 **2008 Ford F250 - not titled or plated. Shop use only/does not leave premises.** | $0.00 | | $5,200.00 |
| 47.2 **19' trailer** | $0.00 | | $1,200.00 |
| 47.3 **40' trailer** | $0.00 | | $1,500.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    **Cobra Automotive, Inc.**                                          Case number *(if known)* _____
         Name

|  | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

|  | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Tools (financed). Owned by Lloyd Bivens but used and paid for by Cobra Automotive.** | $0.00 | | $0.00 |
| **2014 Caterpiller Fork Lift** | $0.00 | | $14,500.00 |
| **Scissor lift** | $0.00 | | $13,000.00 |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                           | $35,400.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Business premises / 29079 C.R. 20 Elkhart, IN 46517** | Lease | unknown | | unknown |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor    **Cobra Automotive, Inc.**                                        Case number *(if known)* _____
              Name

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
|     Air quality permit issued from IDEM | $0.00 | | unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.
_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

Debtor    **Cobra Automotive, Inc.**                                   Case number *(if known)* _____
          Name

---

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ –  _____  = ➔   _____
                                 Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                           _____

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

    _____

    **Nature of claim**    _____                   _____

    **Amount requested**   _____

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

    _____

    **Nature of claim**    _____                   _____

    **Amount requested**   _____

76. **Trusts, equitable or future interests in property**

    _____                           _____

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

    **1 shop vacuum, 2 floor jacks**                                              $300.00

78. **Total of Part 11**                                                         $300.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor    **Cobra Automotive, Inc.**                                           Case number *(if known)* _____
_____
          Name

---

| **Part 12:** | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $21,682.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $22,934.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $47,190.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $63,918.73 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,310.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................ ➜ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $300.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ...........................91a. | $195,735.06 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................... | | $195,735.06 |

---

Fill in this information to identify the case:

Debtor name ___Cobra Automotive, Inc.___

United States Bankruptcy Court for the: ___Northern___ District of ___Indiana___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**
C T Corporation System, as representativ

**Creditor's mailing address**
33 N. Brand Blvd; Attn: SPRS
Suite 700
Glendale, CA 91203-0000

**Creditor's email address, if known**
_____

**Date debt was incurred** ___March 2022___

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: unknown     Value of collateral: unknown

**Remarks:** Unknown collateral. Indiana UCC FILE #: 202203102905137.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $213,206.82

Debtor    Cobra Automotive, Inc.

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

Corporation Service Company

**Describe debtor's property that is subject to a lien**

_____

unknown                    unknown

**Creditor's mailing address**

PO Box 2576

_____

Springfield, IL 62708-0000

_____

**Creditor's email address, if known**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**    September 2023

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:**  All property. Indiana FILE #: 202309203109383

| Debtor | Cobra Automotive, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

Gem Funding

**Creditor's mailing address**

15 W. 36th St. Suite 10N

New York, NY 10018-0000

**Creditor's email address, if known**

**Date debt was incurred**  November 2021

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: unknown  Value of collateral: unknown

**Remarks:** Blanket lien on all assets. Indiana FILE #: 202111032855287

Debtor    Cobra Automotive, Inc.
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.4  Creditor's name**

Industrial Leasing, LLC

**Describe debtor's property that is subject to a lien**

$5,067.14        unknown

**Creditor's mailing address**

1825 Monroe Ave NW

Grand Rapids, MI 49505-0000

**Describe the lien**

**Creditor's email address, if known**

**Date debt was incurred**          November 2020

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** (1) 2014 Caterpillar
Model: 2P6000
S/N: AT13F40318

Debtor    Cobra Automotive, Inc.

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5**

**Creditor's name**

Legend Advance Funding II LLC

**Creditor's mailing address**

800 Brickell Ave. Suite 902

Miami, FL 33131-0000

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** All goods and receivables

**Describe debtor's property that is subject to a lien**

$133,139.68        unknown

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Cobra Automotive, Inc.
          _____
          Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.6** **Creditor's name**

Legend Advance Funding II LLC
_____

**Creditor's mailing address**

800 Brickell Ave. Suite 902
_____

Miami, FL 33131-0000
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** ___October 2023___

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** All property and receivables

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $75,000.00    Column B: unknown

| Debtor | Cobra Automotive, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Triton Recovery LLC<br>3111 N. University Dr. Ste 604<br>Coral Springs, FL 33065-0000 | Line 2. _5_ | _4_ _5_ _5_ _6_ |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708-0000 | Line 2. _5_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ Cobra Automotive, Inc. _____

United States Bankruptcy Court for the:
_____ Northern District of Indiana _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,098.59 | $16,098.59 |

**2.1**

Priority creditor's name and mailing address

Indiana Department of Revenue

100 N. Senate Room MS108

Indianapolis, IN 46204-0000

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $16,098.59          **Priority amount** $16,098.59

Remarks:
Unpaid withholding taxes. 940/941s not filed yet. Estimate only.

**2.2**

Priority creditor's name and mailing address

Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $116,327.65          **Priority amount** $116,327.65

Remarks:
Unpaid withholding taxes. 940/941s not filed yet. Estimated amount.

Debtor    **Cobra Automotive, Inc.**

Name                                                                    Case number *(if known)* _____

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.1** Nonpriority creditor's name and mailing address

**AB's Glove & Abrasives Inc.**

**1227 S. Centerville Rd.**

**Sturgis, MI 49091-0000**

Date or dates debt was incurred    **September - October 2023**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$3,041.25**

---

**3.2** Nonpriority creditor's name and mailing address

**Cornwell Tech Credit**

**667 Seville Rd.**

**Wadsworth, OH 44281-0000**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Notice only - Lloyd Bivens owes the debt but it is paid by Cobra Automotive

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$0.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Cross River Bank**

**PO Box 411285**

**San Francisco, CA 94141-1285**

Date or dates debt was incurred    **May 2020**

Last 4 digits of account number    **1   5   2   1**

Remarks: PPP loan

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$15,865.00**

---

**3.4** Nonpriority creditor's name and mailing address

**DHI Equipment**

**41216 Vincenti Ct**

**Novi, MI 48375-0000**

Date or dates debt was incurred    **August - September 2023**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$824.33**

---

Debtor    **Cobra Automotive, Inc.**
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**Gem Funding**
_____
**15 W. 36th St. Suite 10N**
_____
**New York, NY 10018-0000**
_____

Date or dates debt was incurred    **January 2021**

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$53,200.00**

---

**3.6** Nonpriority creditor's name and mailing address

**M2 Supply**
_____
**3722 Lexington Park Dr.**
_____
**Elkhart, IN 46514-0000**
_____

Date or dates debt was incurred    **October – December 2023**

Last 4 digits of account number    **6   4   3   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$27,106.91**

---

**3.7** Nonpriority creditor's name and mailing address

**Morrison Industrial Equipment Co.**
_____
**1825 Monroe Ave NW**
_____
**Grand Rapids, MI 49505-0000**
_____

Date or dates debt was incurred    **December 2023**

Last 4 digits of account number    **0   0   7   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,578.22**

---

**3.8** Nonpriority creditor's name and mailing address

**National Funding, Inc.**
_____
**9530 Towne Centre Drive, Suite 120**
_____
**San Diego, CA 92121-0000**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    **1   7   6   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$105,337.44**

Debtor    **Cobra Automotive, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,378.27 |
|---|---|---|---|

3.9 Nonpriority creditor's name and mailing address

Rapid Finance

6th Floor

4500 East West Highway

Bethesda, MD 20814-0000

Date or dates debt was incurred **July 2023**

Last 4 digits of account number **6   7   2   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$55,378.27

---

3.10 Nonpriority creditor's name and mailing address

Tristate Compressed Air Systems

1608 Eisenhower Dr. S

Goshen, IN 46526-0000

Date or dates debt was incurred **April 2023**

Last 4 digits of account number **5   6   7   9**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,208.31

---

3.11 Nonpriority creditor's name and mailing address

Usher Law Group PC

1022 Ave P, 2nd Fl.

Brooklyn, NY 11223-0000

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Legal fees

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

Debtor    **Cobra Automotive, Inc.**
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Gem Funding**<br>**One Commerce Plaza**<br>**99 Washington Ave. Ste 805A**<br>**Albany, NY 12210-2822** | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **National Creditors Connection, Inc.**<br>**14 Orchard Rd . #100**<br>**Lake Forest, CA 92630-0000** | Line **3.8**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Nicholas Benedetto, Esq**<br>**352 7th Ave. Ste. 907**<br>**New York, NY 10001-0000** | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Office of the United States Attorney**<br>**5400 Federal Plaza Ste 1500**<br>**Hammond, IN 46320-0000** | Line **2.2**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 **United States Small Business Administrat**<br>**332 South Michigan Avenue Suite 600**<br>**Chicago, IL 60604-0000** | Line **3.3**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Cobra Automotive, Inc.**
_____
Name

Case number *(if known)* _____

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a.    **Total claims from Part 1** | 5a. | $132,426.24 |
| 5b.    **Total claims from Part 2** | 5b. **+** | $265,539.73 |
| 5c.    **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $397,965.97 |

Fill in this information to identify the case:

Debtor name _____ Cobra Automotive, Inc. _____

United States Bankruptcy Court for the:

_____ Northern District of Indiana _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of business premises | Mike Suski/Smart Moves Investments |
| | | Contract to be ASSUMED | 57974 County Road 3 |
| | State the term remaining | 4 months | Elkhart, IN 46517 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Trash removal | Republic Services |
| | | Contract to be REJECTED | 57820 Charlotte Ave. |
| | State the term remaining | 0 months | Elkhart, IN 46517 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Paint gun washer and recycler | Safety Kleen |
| | | Contract to be ASSUMED | 2217 W Western Ave. |
| | State the term remaining | 0 months | South Bend, IN 46619 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Cobra Automotive, Inc.**__

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Indiana**_____

(State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   Lloyd R Bivens | 54848 Sunset Ct. <br> Street <br><br><br> Osceola, IN 46561-0000 <br> City      State      ZIP Code | Legend Advance Funding II LLC | ☑ D ☐ E/F ☐ G |
| | | Legend Advance Funding II LLC | ☑ D ☐ E/F ☐ G |
| | | Mike Suski/Smart Moves Investments | ☐ D ☐ E/F ☑ G |
| | | Cross River Bank | ☐ D ☑ E/F ☐ G |
| | | National Funding, Inc. | ☐ D ☑ E/F ☐ G |
| | | Rapid Finance | ☐ D ☑ E/F ☐ G |
| | | Gem Funding | ☐ D ☑ E/F ☐ G |
| | | AB's Glove & Abrasives Inc. | ☐ D ☑ E/F ☐ G |
| | | Morrison Industrial Equipment Co. | ☐ D ☑ E/F ☐ G |

| Debtor | **Cobra Automotive, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Tristate Compressed Air Systems | ☐ D ☑ E/F ☐ G |
| | | DHI Equipment | ☐ D ☑ E/F ☐ G |
| | | M2 Supply | ☐ D ☑ E/F ☐ G |
| | | Usher Law Group PC | ☐ D ☑ E/F ☐ G |
| | | C T Corporation System, as representativ | ☑ D ☐ E/F ☐ G |
| | | Industrial Leasing, LLC | ☑ D ☐ E/F ☐ G |
| | | Gem Funding | ☑ D ☐ E/F ☐ G |
| | | Corporation Service Company | ☑ D ☐ E/F ☐ G |
| | | Cornwell Tech Credit | ☐ D ☑ E/F ☐ G |

| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
|---|---|---|---|---|
| | | City            State            ZIP Code | | |

| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
|---|---|---|---|---|
| | | City            State            ZIP Code | | |

| Debtor | **Cobra Automotive, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.4 | | Street | | ❏ D ❏ E/F ❏ G |
| | | City          State          ZIP Code | | |
| 2.5 | | Street | | ❏ D ❏ E/F ❏ G |
| | | City          State          ZIP Code | | |
| 2.6 | | Street | | ❏ D ❏ E/F ❏ G |
| | | City          State          ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____ Cobra Automotive, Inc. _____

United States Bankruptcy Court for the:

_____ Northern District of Indiana _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

**1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)**

**1a. Real Property:**

Copy line 88 from *Schedule A/B*...................................................................................... | $0.00

**1b. Total personal property:**

Copy line 91A from *Schedule A/B*................................................................................... | $195,735.06

**1c. Total of all property:**

Copy line 92 from *Schedule A/B*.................................................................................... | $195,735.06

## Part 2: Summary of Liabilities

**2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)**

Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $213,206.82

**3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)**

**3a. Total claim amounts of priority unsecured claims:**

Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................. | $132,426.24

**3b. Total amount of claims of non-priority amount of unsecured claims:**

Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | + $265,539.73

**4. Total liabilities**.................................................................................................................................................... | $611,172.79

Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ Cobra Automotive, Inc. _____

United States Bankruptcy Court for the:

_____ Northern District of Indiana _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $60,087.89 |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,627,053.88 |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $908,674.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   Mike Suski/Smart Moves Investments <br> *Creditor's name* <br><br> 57974 County Road 3 <br> *Street* <br><br><br> Elkhart, IN 46517 <br> *City      State    ZIP Code* | Monthly rent | $27,084.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <br> *Creditor's name* <br><br> *Street* <br><br><br> *City      State    ZIP Code* <br> **Relationship to debtor** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. _____    _____    _____    _____
     Creditor's name

     _____
     Street

     _____

     _____
     City              State    ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City   State   ZIP Code | _____ <br><br> XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Gem Funding v. Cobra Automotive and Lloyd Bivens | Collections | Supreme Court of the State of New York <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> 508814/2022 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.** | Custodian's name and address | Description of the property | Value |

Custodian's name

Street

City                State    ZIP Code

Case title

Case number

Date of order or assignment

Court name and address

Name

Street

City                State    ZIP Code

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.** | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

Recipient's name

Street

City                State    ZIP Code

Recipient's relationship to debtor

---

**Part 5:** Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** Debtor was caught up in a "catfishing" scheme | None | 12/08/2023 | $76,718.77 |
| **10.2.** Catfishing scheme | None | 12/04/2023 | $17,200.00 |
| **10.3.** Catfishing scheme | None | 11/28/2023 | $32,000.00 |
| **10.4.** Catfishing scheme | None | 11/16/2023 | $35,000.00 |
| **10.5.** Catfishing scheme | None | 10/20/2023 | $35,000.00 |
| **10.6.** Catfishing scheme | None | 09/22/2023 | $12,000.00 |
| **10.7.** Catfishing scheme | None | 09/14/2023 | $5,000.00 |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
|       | May Oberfell Lorber                        | Attorney's Fee                                  | 1/25/2024 | $8,000.00         |

**Address**

4100 Edison Lakes Pkwy #100
Street

Mishawaka, IN 46545
City                          State    ZIP Code

**Email or website address**


**Who made the payment, if not debtor?**


**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------|-------------------------|-----------------------------------|---------------------------|-----------------------|
|       |                         |                                   |                           |                       |

**Trustee**


**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |

Street

_____

City              State    ZIP Code

| Relationship to debtor |
|---|
| |

---

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. 55851 East Ave. | From June 2013 | To May 2022 |
| Street | | |
| Mishawaka, IN 46545 | | |
| City          State   ZIP Code | | |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State   ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.1 Coinbase<br>Name<br><br>Street<br><br>City   State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other<br>   Cryptocurrency | Used once in November 2023, then closed | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State      ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State      ZIP Code | | | |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State      ZIP Code | | | |

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City     State   ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State  ZIP Code | City   State  ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State  ZIP Code | City   State  ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    Cobra Automotive, Inc.     Case number *(if known)* _____

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City     State    ZIP Code | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Professional Bookkeeping Service c/o Analise Potts | From May 2023   To _____ |
| Name | |
| 228 S. Main St | |
| Street | |
| Goshen, IN 46526 | |
| City     State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City     State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Lloyd R Bivens | |
| Name | |
| 54848 Sunset Ct. | |
| Street | |
| Osceola, IN 46561-0000 | |
| City     State    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

Kammbria Bivens
Name

625 E. 3rd St
Street

_____

Mishawaka, IN 46544
City                      State          ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

City                      State          ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Lloyd Bivens | 12/29/2023 | $63,247.23 |

| Name and address of the person who has possession of inventory records |
|---|

27.1. Lloyd R Bivens
Name

54848 Sunset Ct.
Street

_____

Osceola, IN 46561-0000
City                      State          ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lloyd R Bivens | 54848 Sunset Ct. Osceola, IN 46561-0000 | , Owner | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

From _____

To _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Lloyd R Bivens<br>Name<br><br>54848 Sunset Ct.<br>Street<br><br><br>Osceola, IN 46561-0000<br>City                State        ZIP Code | $72,240; $6645.00 in 2024 | Throughout 2023 | Owner compensation/draws |
| **Relationship to debtor**<br><br>Owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____01/25/2024____
            MM/  DD/  YYYY

**X** /s/ Lloyd R. Bivens                              Printed name                          Lloyd R. Bivens
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor          President/Owner

Debtor    Cobra Automotive, Inc.
          Name                                            Case number *(if known)*

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Cobra Automotive, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Northern District of Indiana</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AB's Glove & Abrasives Inc.<br>1227 S. Centerville Rd.<br>Sturgis, MI 49091-0000 | | | | | | $3,041.25 |
| 2 | Cross River Bank<br>PO Box 411285<br>San Francisco, CA 94141-1285 | | | | | | $15,865.00 |
| 3 | DHI Equipment<br>41216 Vincenti Ct<br>Novi, MI 48375-0000 | | | | | | $824.33 |
| 4 | Gem Funding<br>15 W. 36th St. Suite 10N<br>New York, NY 10018-0000 | | | | | | $53,200.00 |
| 5 | Indiana Department of Revenue<br>100 N. Senate Room MS108<br>Indianapolis, IN 46204-0000 | | | | | | $16,098.59 |
| 6 | Industrial Leasing, LLC<br>1825 Monroe Ave NW<br>Grand Rapids, MI 49505-0000 | | | | | | $5,067.14 |
| 7 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $116,327.65 |
| 8 | Legend Advance Funding II LLC<br>800 Brickell Ave. Suite 902<br>Miami, FL 33131-0000 | | | | | | $133,139.68 |

Debtor    Cobra Automotive, Inc.                                  Case number *(if known)* _____

           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Legend Advance Funding II LLC<br>800 Brickell Ave. Suite 902<br>Miami, FL 33131-0000 | | | | | | $75,000.00 |
| 10   M2 Supply<br>3722 Lexington Park Dr.<br>Elkhart, IN 46514-0000 | | | | | | $27,106.91 |
| 11   Morrison Industrial Equipment Co.<br>1825 Monroe Ave NW<br>Grand Rapids, MI 49505-0000 | | | | | | $2,578.22 |
| 12   National Funding, Inc.<br>9530 Towne Centre Drive, Suite 120<br>San Diego, CA 92121-0000 | | | | | | $105,337.44 |
| 13   Rapid Finance<br>6th Floor<br>4500 East West Highway<br>Bethesda, MD 20814-0000 | | | Disputed | | | $55,378.27 |
| 14   Tristate Compressed Air Systems<br>1608 Eisenhower Dr. S<br>Goshen, IN 46526-0000 | | | | | | $2,208.31 |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana

**In re**    Cobra Automotive, Inc.

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    $7,550.60

Prior to the filing of this statement I have received ...............................................................    $8,000.00

Balance Due ........................................................................................................................    ($449.40)

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of Lloyd Bivens in Chapter 13

B2030 (Form 2030) (12/15)

---

CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/25/2024 | /s/ Katherine E. Iskin |
|---|---|
| *Date* | Katherine E. Iskin |
| | *Signature of Attorney* |

Bar Number: 33679-71
May Oberfell Lorber
4100 Edison Lakes Pkwy #100
Mishawaka, IN 46545
Phone: (574) 243-4100 x131

May Oberfell Lorber
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

IN RE: **Cobra Automotive, Inc.**                                        CASE NO

                                                                        CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____01/25/2024_____     Signature _____/s/ Lloyd R. Bivens_____
                                                        Lloyd R. Bivens, President/Owner

AB's Glove & Abrasives Inc.
1227 S. Centerville Rd.
Sturgis, MI 49091-0000

C T Corporation System, as
representativ
33 N. Brand Blvd: Attn: SPRS Suite 700
Glendale, CA 91203-0000

Cornwell Tech Credit
667 Seville Rd.
Wadsworth, OH 44281-0000

Corporation Service Company
PO Box 2576
Springfield, IL 62708-0000

Cross River Bank
PO Box 411285
San Francisco, CA 94141-1285

DHI Equipment
41216 Vincenti Ct
Novi, MI 48375-0000

Gem Funding
One Commerce Plaza
99 Washington Ave. Ste 805A
Albany, NY 12210-2822

Gem Funding
15 W. 36th St. Suite 10N
New York, NY 10018-0000

Indiana Department of
Revenue
100 N. Senate Room MS108
Indianapolis, IN 46204-0000

Industrial Leasing, LLC
1825 Monroe Ave NW
Grand Rapids, MI 49505-0000

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Legend Advance Funding II
LLC
800 Brickell Ave. Suite 902
Miami, FL 33131-0000

Lloyd R Bivens
54848 Sunset Ct.
Osceola, IN 46561-0000

M2 Supply
3722 Lexington Park Dr.
Elkhart, IN 46514-0000

Mike Suski/Smart Moves
Investments
57974 County Road 3
Elkhart, IN 46517

Morrison Industrial
Equipment Co.
1825 Monroe Ave NW
Grand Rapids, MI 49505-0000

National Creditors
Connection, Inc.
14 Orchard Rd . #100
Lake Forest, CA 92630-0000


National Funding, Inc.
9530 Towne Centre Drive, Suite 120
San Diego, CA 92121-0000


Nicholas Benedetto, Esq
352 7th Ave. Ste. 907
New York, NY 10001-0000


Office of the United States
Attorney
5400 Federal Plaza Ste 1500
Hammond, IN 46320-0000


Rapid Finance
6th Floor
4500 East West Highway
Bethesda, MD 20814-0000


Republic Services
57820 Charlotte Ave.
Elkhart, IN 46517


Safety Kleen
2217 W Western Ave.
South Bend, IN 46619


Tristate Compressed Air
Systems
1608 Eisenhower Dr. S
Goshen, IN 46526-0000

Triton Recovery LLC
3111 N. University Dr. Ste 604
Coral Springs, FL 33065-0000


United States Small Business
Administrat
332 South Michigan Avenue Suite 600
Chicago, IL 60604-0000


Usher Law Group PC
1022 Ave P, 2nd Fl.
Brooklyn, NY 11223-0000